Same case below, 390 Fed. Appx. 721.

**No. 10-7301. Michael Singleton, Petitioner v. Florida.**

562 U.S. 1150, 131 S. Ct. 933, 178 L. Ed. 2d 776, 2011 U.S. LEXIS 561.

January 10, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 41 So. 3d 225.

**No. 10-7306. Allan M. Schlechty, Petitioner v. Indiana.**

562 U.S. 1150, 131 S. Ct. 934, 178 L. Ed. 2d 776, 2011 U.S. LEXIS 302.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Indiana denied.

Same case below, 926 N.E.2d 1.

**No. 10-7307. Hubert Arvie, Petitioner v. Robert C. Tanner, Warden.**

562 U.S. 1150, 131 S. Ct. 934, 178 L. Ed. 2d 776, 2011 U.S. LEXIS 460,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7308. Ullysses Paul Cuen, Petitioner v. Anthony Hedgpeth, Warden.**

562 U.S. 1150, 131 S. Ct. 934, 178 L. Ed. 2d 776, 2011 U.S. LEXIS 539.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7316. Thomas J. Johnson, Petitioner v. D. K. Sisto, Warden, et al.**

562 U.S. 1151, 131 S. Ct. 934, 178 L. Ed. 2d 776, 2011 U.S. LEXIS 389.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7319. Lionel Michael Miller, Petitioner v. Florida.**

562 U.S. 1151, 131 S. Ct. 935, 178 L. Ed. 2d 776, 2011 U.S. LEXIS 361.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 42 So. 3d 204.

**No. 10-7321. Charles Wilson, Petitioner v. Bernard Goldstein.**

562 U.S. 1151, 131 S. Ct. 935, 178 L. Ed. 2d 776, 2011 U.S. LEXIS 176.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-7322. Kenneth J. Williams, Petitioner v. Randy Grounds, Acting Warden.**

562 U.S. 1151, 131 S. Ct. 935, 178 L. Ed. 2d 776, 2011 U.S. LEXIS 363.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.